John Henry HARDIN, Appellant, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Fifth Circuit.
October 28, 1929.

No. 5628.

Hooper Alexander, of Atlanta, Ga., for appellant.

Clint W. Hager, U. S. Atty., Hal Lindsay, and J. M. Johnson, Asst. U. S. Attys., all of Atlanta, Ga.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment is affirmed.